EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------------------|
| | 2020 TSPR 135 |
| José Meléndez Figueroa | 205 DPR _____ |

Número del Caso: TS-5173

Fecha: 6 de noviembre de 2020

Abogado del peticionario:

Lcdo. Luis Felipe Navas De León

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

José Meléndez Figueroa                TS-5,173

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de noviembre de 2020.

Examinada la *Moción solicitando reinstalación al servicio de la abogacía* presentada por el peticionario, así como la *certificación* del Programa de Educación Jurídica Continua (PEJC) que obra en el expediente, se reinstala al Lcdo. José Meléndez Figueroa al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar a la solicitud de reinstalación del Sr. José Meléndez Figueroa. La Jueza Presidenta Oronoz Rodríguez está inhibida.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo